IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:11CR370 |
| vs. | |
| BERNARDO WILLIAMS-JAURAQUI, | ORDER |
| Defendant. | |

      Defendant Bernardo Williams-Jauraqui appeared before the court on March 24, 2017 on a Petition for Offender Under Supervision [38]. The defendant was represented by CJA Panel Attorney, James R. Kozel, and the United States was represented by Assistant U.S. Attorney Christopher L. Ferretti. A Preliminary Hearing was scheduled for April 11, 2017 at 10:00 a.m., however, the defendant later waived a Preliminary Hearing pursuant to filing [52]. The government moved for detention, and a detention hearing was held on March 24, 2017. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Chief Judge Smith Camp.

      Pursuant to the Text Order [53] issued on April 10, 2017, the Amended Petition for Offender Under Supervision [51] shall be dealt with at the Final Disposition Hearing set for May 18, 2017.

      **IT IS ORDERED:**

      1.    A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 18, 2017 at 10:00 a.m. Defendant must be present in person.

      2.    The Amended Petition for Offender Under Supervision [51] shall be dealt with at the Final Disposition Hearing set for May 18, 2017.

      3.    The defendant, Bernardo Williams-Jauraqui, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

2

4. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

5. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 10th day of April, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge